242523

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

___/___/___ BAF
AUG 6 2001
CC:___/___
T:___/___

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1394 DDA/FLN Case Title: Kimberly Smart v. Warner-Lambert Company, et al.

Affidavit of Movant

I, Hale D. Pears ~~an~~ active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kerry N. Jardine, an attorney admitted to practice in the ______ District of Colorado, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Kimberly Smart in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| Signature | 244673 MN Attorney License # | 9/20/01 Date |
|---|---|---|

Affidavit of Proposed Admittee

I, Kerry N. Jardine, am currently a member in good standing of the U.S. District Court for the ______ District of Colorado, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Kerry N. Jardine Type/Print Name | Signature | 9/4/01 Date |
|---|---|---|

Attorney License Number: 18586 (Colorado)

Law Firm Name & Address: Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112

Telephone: (303) 792-5595

Motion Granted: Richard D. Sletten, III
For the Court: Francis E. Dosal, Clerk

SEP 24 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

6/99