A CERTIFIED TRUE COPY

SEP -5 2001

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FLD SDofNY 9/24/01

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 29 2001

FILED CLERK'S OFFICE

***DOCKET NO. 1348***

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

***IN RE REZULIN PRODUCTS LIABILITY LITIGATION*** 01 CV 8566

~~*Mosley, etc. v. Warner-Lambert Co., et al.*, S.D. Alabama, C.A. No. 1:01-555~~ **Opposed 8/30/01**
*Celestine v. Warner-Lambert Co., et al.*, E.D. Louisiana, C.A. No. 2:01-1156
*Smart v. Warner-Lambert Co., et al.*, D. Minnesota, C.A. No. 0:01-1394
*Wimberly v. Pfizer, Inc., et al.*, N.D. Mississippi, C.A. No. 3:01-125
~~*Cox, etc. v. Parke-Davis, et al.*, D. Nebraska, C.A. No. 4:01-397~~ **Opposed 9/4/01**

## *CONDITIONAL TRANSFER ORDER (CTO-31)*

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 430 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears from the pleadings filed in the above-captioned actions that they involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the above-captioned actions are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP -5 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

FILED 9-28-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK MKC

(5)